In the Matter of the Arbitration between ALLSTATE INSURANCE COMPANY, Respondent, and JOSEPH LUNA et al., Respondents, and MOTOR VEHICLE ACCIDENT INDEMNIFICATION CORPORATION, Appellant.—

Martuscello, Acting P. J., Latham, Christ, Brennan and Benjamin, JJ., concur.